IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY QUINN KEEL,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5424

Opinion filed October 1, 2014.

An appeal from the Circuit Court for Wakulla County.
Charles W. Dodson, Judge.

Jeffrey Lewis, General Counsel, and Michael J. Titus, Assistant Conflict Counsel,
Office of Criminal Conflict and Civil Regional Counsel Region One, Tallahassee,
for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, C.J., BENTON, and RAY, JJ., CONCUR.